HENRY R. GEED, Respondent, v. HENRIETTA P. BRAUNSDORF et al., Individually and as Executors and Trustees under the Will of GEORGE W. BRAUNSDORF, Deceased, Defendants, and FLORENCE BRAUNSDORF, Appellant.—

Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ.  [See *ante*, p. 912; *post*, p. 1087.]

In the Matter of ANONYMOUS.—

Present — Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ.

In the Matter of ESTHER LEVY, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.—

Present — Nolan, P. J., Carswell, Johnston, Wenzel and Mac-Crate, JJ.  [See *ante*, p. 940.]

In the Matter of LONG ISLAND LIGHTING COMPANY, Petitioner, against IN-CORPORATED VILLAGE OF EAST ROCKAWAY et al., Respondents.—

Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ.  [See *ante*, p. 926.]

660 LOCUST STREET CORPORATION, Respondent, v. L. CORSAIR MACPHERSON, Appellant, and JOSEPH D. McGOLDRICK, as State Rent Administrator, Inter-vener, Appellant.—

Present — Nolan, P. J., John-ston, Adel, MacCrate and Schmidt, JJ.  [See *ante*, p. 927; 280 App. Div. 790.]

RUTH R. KORNHAUSER et al., Appellants, v. LI YU YING, Respondent.—

Present — Nolan, P. J., Carswell, Wenzel, Mac-Crate and Schmidt, JJ.  [See *ante*, p. 921.]

MAE L. LECHNER et al., Respondents, v. FRANK LECHNER, Appellant.—

Present — Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ.  [See *ante*, p. 916.]